# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kobayashi,, Leslie E. | USDC, District of Hawaii | 06/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
300 Ala Moana Blvd. Rm. C-353
Honolulu, Hawaii 96850

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Pu`uwai Kila (non-profit) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | State of Hawaii, Judiciary - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City Bank | Line of Credit | J |
| 2. | First Hawaiian Bank | Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ROLLOVER | | | | | | | | | |
| 2. - Morgan Stanley Bank cash account | A | Interest | K | T | | | | | |
| 3. - MS Liquid Asset Fund | | | | | Sold | 01/28/16 | J | A | |
| 4. -3M Company | | None | | | Buy | 01/11/16 | J | | |
| 5. | | | | | Sold | 03/29/16 | J | A | |
| 6. -AIM Developing Markets A | | None | | | Sold | 01/21/16 | J | A | |
| 7. -Agilent Technologies | | None | | | Sold | 01/21/16 | J | A | |
| 8. - Allianz NFJ SM-CAP Value A | | None | | | Sold | 01/21/16 | J | A | |
| 9. -ALPS ETF TR Riverfront STR Inc | A | Dividend | J | T | Buy | 01/28/16 | K | | |
| 10. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 11. | | | | | Sold (part) | 03/18/16 | J | A | |
| 12. | | | | | Sold (part) | 04/15/16 | J | A | |
| 13. -Altria Group Inc 8500 | | None | | | Sold | 01/21/16 | J | A | |
| 14. - Amer Cent Intl Grw Adv | | None | | | Sold | 02/11/16 | J | A | |
| 15. -American Express | | None | | | Sold | 02/11/16 | J | A | |
| 16. - American EuroPacafic Grw F | | None | | | Sold | 02/11/16 | J | A | |
| 17. - Amercian GR FD of America F1 | | None | | | Sold | 03/08/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Kobayashi,, Leslie E. | | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AT&T Inc. | A | Distribution | J | T | Buy | 01/28/16 | J | | |
| 19. -Barclays ETN + Select MLP | | None | | | Sold | 01/28/16 | J | A | |
| 20. -BCE Inc | | None | | | Sold | 01/28/16 | J | A | |
| 21. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | | None | | | Sold | 01/28/16 | J | A | |
| 22. - Blackrock Equity Dividend A | | None | | | Sold | 01/28/16 | J | A | |
| 23. -Bristol Myers Squibb Co | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 24. -CA Incorporated | | None | | | Sold | 01/28/16 | J | A | |
| 25. -Catepillar Inc | | None | | | Buy | 01/15/16 | J | | |
| 26. | | | | | Sold | 08/12/16 | J | A | |
| 27. -Chevron Corp | | None | | | Sold | 01/28/16 | J | A | |
| 28. -Chubb Corp | | None | | | Sold | 01/28/16 | J | A | |
| 29. -CONOCO Philips | | None | | | Sold | 01/28/16 | J | A | |
| 30. -CONS Discret Sel Sect SPDR FD | | None | | | Sold | 01/28/16 | J | A | |
| 31. -Cons Staples Sel Sect SPDR FD | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 32. | | | | | Sold (part) | 08/12/16 | J | A | |
| 33. -Costco Wholesale Corp New | A | Dividend | | | Sold | 03/29/16 | J | A | |
| 34. -Cummins Inc | | None | | | Sold | 01/28/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35.  -CVS Caremark Corp | | None | | | Sold | 01/21/16 | J | A | |
| 36.  - Dryden Sh Term Corp BD A | | None | | | Sold | 01/21/16 | J | A | |
| 37.  - DWS Large Cap Value A | | None | | | Sold | 01/21/16 | J | A | |
| 38.  - DWS Dreman Small Cap Val A | | None | | | Sold | 01/21/16 | J | A | |
| 39.  - DWS RREEF Real Estate Sec A | | None | | | Sold | 01/29/16 | J | A | |
| 40.  -Engility Holdings Inc | | None | | | Sold | 01/29/16 | J | A | |
| 41.  - Fidelity Adv Lvgd Cmpany Stk A | | None | | | Sold | 01/29/16 | J | A | |
| 42.  -Flexshares Qualt Divd IDX ETF | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 43. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 44.  -FR TR DJ Select Micro Cap ETF | | None | | | Sold | 01/28/16 | J | A | |
| 45.  -First Trust Utlts Alphadex ETF | | None | J | T | Buy | 04/20/16 | J | | |
| 46.  -Global X MSCI Norway ETF | A | Dividend | J | T | Buy | 03/28/16 | J | | |
| 47.  -Goldman Activebeta US LC E/F | | None | J | T | Buy | 01/28/16 | J | | |
| 48.  -Guggenheim Bullet Shares | A | Dividend | | | | | | | |
| 49. | | | | | Sold | 03/02/16 | J | A | |
| 50.  -Guggenheim Bulletshares IG2023 | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 51.  -Guggenheim Insider Sentiment E | | None | | | Sold | 01/29/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Guggenheim S&P 500 EQ Weight | | None | | | Sold | 01/14/16 | J | A | |
| 53.  -Hasbro Inc | | None | | | Sold | 01/29/16 | J | A | |
| 54.  -Health Care Sel Sect SPDR FD | | None | | | Sold | 01/29/16 | J | A | |
| 55.  -IShares 0-5 HY Corp | | None | | | Sold | 11/07/16 | J | A | |
| 56.  -Ishares 1-3 Year Credit | A | Dividend | J | T | | | | | |
| 57. | | | | | Sold (part) | 03/02/16 | J | A | |
| 58. | | | | | Buy | 11/21/16 | J | | |
| 59.  -IShares 10-20 YR Treasury BD ETF | | None | | | Buy | 06/28/16 | K | | |
| 60. | | | | | Sold | 07/15/16 | K | A | |
| 61.  -IShares Barclays MBS Bond Fund | | | | | Sold | 01/29/16 | J | A | |
| 62.  -IShares Barclays 1-3 Yr TSY BD | A | Dividend | J | T | Sold (part) | 03/02/16 | J | A | |
| 63.  -Ishares Core MSCI Emterging | | None | | | Buy | 08/03/16 | J | | |
| 64. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 65. | | | | | Sold | 11/02/16 | J | A | |
| 66.  -Ishares Curr Hedg MSCI Italy | | None | | | Sold | 01/29/16 | J | A | |
| 67.  -Ishares Curr Hedged MSCI EMU | A | Dividend | | | Buy | 01/28/16 | J | | |
| 68. | | | | | Sold | 03/28/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares Curr Hedged MSCI Japan | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 70. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 71. | | | | | Sold (part) | 03/28/16 | J | A | |
| 72. -IShares DJ US Fin Svc Comp | | None | | | Sold | 01/29/16 | J | A | |
| 73. -IShares Intl Select Div ETF | A | Dividend | J | T | Buy | 03/28/16 | J | | |
| 74. -Ishares US Home Construct | | None | | | Sold (part) | 01/29/16 | J | A | |
| 75. | | | | | Sold | 08/12/16 | J | A | |
| 76. -IShares US Healthcare Prov ETF | | None | J | T | Buy | 03/29/16 | J | | |
| 77. -IShares US Fin Services ETS | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 78. -IShares MSCI EAFE Fund | A | Dividend | J | T | Sold (part) | 02/10/16 | J | A | |
| 79. | | | | | Sold (part) | 04/20/16 | J | A | |
| 80. | | | | | Buy (add'l) | 12/04/16 | J | | |
| 81. -IShares Morningstart Lrg Cap Val | | None | | | Sold | 01/28/16 | J | A | |
| 82. -Ishares MSCI Asia Ex-Japan ETF | | None | | | Sold | 01/28/16 | J | A | |
| 83. -Ishares MSCI EAFE ETF | | None | | | Sold | 01/29/16 | J | A | |
| 84. -Ishares MSCI EAFE Growth ETF | | None | J | T | Buy | 11/07/16 | J | | |
| 85. | | | | | Buy (add'l) | 11/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -IShares MSCI EAFE Val ETF | | None | | | Sold | 01/29/16 | J | A | |
| 87. -IShares MSCI Australia ETF | | None | J | T | Buy | 03/28/16 | J | | |
| 88. -IShares MSCI Canada Index Fund | | None | | | Sold | 01/29/16 | J | A | |
| 89. -IShares MSCI Germany Index FD | | None | | | Sold | 01/29/16 | J | A | |
| 90. IShares MSCI Emerging Mkts FD | A | Distribution | | | Sold | 01/29/16 | J | A | |
| 91. -IShares MSCI Japan ETF | | None | | | Sold (part) | 02/10/16 | J | A | |
| 92. | | | | | Sold | 02/23/16 | J | A | |
| 93. IShares MSCI PAC Ex-JPN Idx | A | Distribution | | | Sold | 01/29/16 | J | A | |
| 94. -Ishares MSCI South Korea CP ETF | | None | | | Sold | 01/29/16 | J | A | |
| 95. -IShares MSCI United Kingdom ETF | | None | | | Sold | 01/29/16 | J | A | |
| 96. -IShares Nasdaq Biotech | | None | J | T | Buy | 01/28/16 | J | | |
| 97. -IShares S&P Midcap 400 Index | | None | | | Sold | 01/29/16 | J | A | |
| 98. -IShares SP Smallcap 600 Index | | None | | | Sold (part) | 01/29/16 | J | A | |
| 99. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 100. | | | | | Sold | 11/02/16 | J | A | |
| 101. -IShares Morningstar LRG V | | None | | | Sold | 01/29/16 | J | A | |
| 102. -IShares US Home Construct ETF | | None | | | Sold | 01/29/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -International Paper Co | | None | | | Sold | 01/29/16 | J | A | |
| 104. -Invesco Constellation A | | None | | | Sold | 01/29/16 | J | A | |
| 105. -Invesco Developing Markets A | | None | | | Sold | 01/29/16 | J | A | |
| 106. -Invesco Global Core Equity A | | None | | | Sold | 01/29/16 | J | A | |
| 107. -Invesco Premier PTF INSTL | | None | | | Sold | 01/29/16 | J | A | |
| 108. - Ivy Large Cap Grw A | | None | | | Sold | 01/29/16 | J | A | |
| 109. - Jennison Mid Cap Growth A | | None | | | Sold | 01/29/16 | J | A | |
| 110. -Johnson & Johnson | | None | | | Sold | 01/29/16 | J | A | |
| 111. -JP Morgan Chase & Co | | None | | | Sold | 01/29/16 | J | A | |
| 112. -JPM Alerian MLP | | None | | | Sold | 01/29/16 | J | A | |
| 113. -KLA Tencor Corp | | None | | | Sold | 01/29/16 | J | A | |
| 114. -L-3 Communications Holding Inc. | | None | | | Sold | 01/29/16 | J | A | |
| 115. - Lazard Emerging Markets Open | | None | | | Sold | 01/29/16 | J | A | |
| 116. - Legg Mason Ptners GL Hiyld Bd A | | None | | | Sold | 01/29/16 | J | A | |
| 117. - Legg Mason WA Glb HIY BD A | | None | | | Sold | 01/28/16 | J | A | |
| 118. - Managers AMG ESS SM/MI CP GR A | | None | | | Sold | 01/28/16 | J | A | |
| 119. -Mainstay Icap Select Equity A | | None | | | Sold | 01/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 24

Name of Person Reporting

Kobayashi,, Leslie E.

Date of Report

06/18/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Mainstay Large Cap Grw A | | None | | | Sold | 01/28/16 | J | A | |
| 121.  -Market Vectors Oil Services | | None | | | Sold (part) | 01/11/16 | J | A | |
| 122. | | | | | Sold | 04/20/16 | J | A | |
| 123.  Merck & Co Inc New York | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 124.  -Meadwestvaco Corp | | None | | | Sold | 01/28/16 | J | A | |
| 125.  - MFS Limited Maturity A (Mutual Fund) | | None | | | Sold | 01/28/16 | J | A | |
| 126.  - MFS Value A | | None | | | Sold | 01/28/16 | J | A | |
| 127.  -MFS Focus Growth FD A | | None | | | Sold | 01/28/16 | J | A | |
| 128.  -Microsoft Corp | | None | | | Sold | 01/28/16 | J | A | |
| 129.  -Moodys Corp | | None | | | Sold | 01/28/16 | J | A | |
| 130.  -MSIFT Global Stategist H | | None | | | Sold | 01/28/16 | J | A | |
| 131.  -Nuveen NWQ Large Cap Value A | | None | | | Sold | 01/28/16 | J | A | |
| 132.  Occidental Petroleum Copr DE | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 133.  -Paychex Inc | A | Dividend | J | T | | | | | |
| 134.  -Pepsico Inc | A | Dividend | J | T | | | | | |
| 135.  - Perkins MID CAP VAL INV | | None | | | Sold | 01/28/16 | J | A | |
| 136.  -Perrigo Co Ltd | A | Dividend | | | Buy | 01/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 03/08/16 | J | A | |
| 138. -PIMCO 0-5 H/Y Corp Bond | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 139. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 140. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 141. | | | | | Sold (part) | 11/02/16 | J | | |
| 142. -PIMCO 25+ Year H/Y Corp Bond | A | Dividend | | | Buy | 06/15/16 | J | | |
| 143. | | | | | Sold | 08/29/16 | J | A | |
| 144. -PIMCO 25+ Year Zero Coupon | | | J | T | Buy | 06/15/16 | J | | |
| 145. -PIMCO Inv Grade Corp Bd | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 146. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 147. - PIMCO Low Duration FD A | | | | | Sold | 01/28/16 | J | A | |
| 148. - PIMCO Real Return A | | | | | Sold | 01/28/16 | J | A | |
| 149. -PIMCO Enhanced Shrt Mtrt Exc | | | | | Buy | 01/14/16 | J | | |
| 150. | | | | | Sold | 03/01/16 | J | A | |
| 151. -Pfizer Inc | | | | | Sold | 01/08/16 | J | A | |
| 152. -Phillips 66 Com | | | | | Sold | 01/28/16 | J | A | |
| 153. -PNC FINL SVCS GRP | | | | | Sold | 01/28/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Powershares Aero & DEF PTF | A | Dividend | J | T | | | | | |
| 155. -Powershares Europe Currency Hedge | A | Dividend | | | Buy (add'l) | 04/15/16 | J | | |
| 156. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 157. | | | | | Sold | 11/30/16 | J | A | |
| 158. -Powershares ETF TR Dyna BUYBK | | | | | Sold | 01/28/16 | J | A | |
| 159. -Powershares Fndmtl H/Y Corp | | | | | Sold | 01/28/16 | J | A | |
| 160. -Powershares GLB ETF TR DEV MKT | | | | | Sold | 01/28/16 | J | A | |
| 161. -Powershares KBW Bank Portfolio | A | Dividend | J | T | Sold (part) | 02/23/16 | J | A | |
| 162. -Powershares KBW Regional Bank | | | J | T | Buy | 03/08/16 | J | | |
| 163. -Powershares QQQ TR | | | J | T | Buy | 08/19/16 | J | | |
| 164. -Powershares S&P 500 High Beta | | | | | Sold | 01/14/16 | J | A | |
| 165. -Powershares S&P 500 X-Rate | A | Dividend | J | T | | | | | |
| 166. -Powershares Senior Loan Port | | | | | Sold | 01/28/16 | J | A | |
| 167. -Prudential Jennison MD CP GW A | | | | | Sold | 01/28/16 | J | A | |
| 168. -Prudential Sht Trm Corp BD A | | | | | Sold | 01/28/16 | J | A | |
| 169. S&P 500 Index Fund | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 170. | | | J | T | Buy | 11/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Safeway Inc. (Common Stock) | | | | | Sold | 01/28/16 | J | A | |
| 172.  -Schwab US REIT ETF | | | | | Sold | 01/28/16 | J | A | |
| 173.  -Select Sector SPDR Trust ETF | | | | | Buy | 11/10/16 | J | | |
| 174. | | | | | Buy | 11/16/16 | J | | |
| 175. | | | | | Sold | 11/22/16 | J | A | |
| 176.  - Seligman Emerging Markets A | | | | | Sold | 01/28/16 | J | A | |
| 177.  -SPDR Barcap Short Term Hi Yield | | | | | Sold (part) | 02/16/16 | J | A | |
| 178. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 179. | | | | | Sold | 07/29/16 | J | A | |
| 180.  -SPDR BBG Bar Srt Term Hi Yield | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 181. | | | | | Sold (part) | 11/02/16 | J | A | |
| 182.  -SPDR Morgan Stanley Technology | A | Dividend | J | T | Buy (add'l) | 03/29/16 | J | | |
| 183.  -SPDR Barcap Shrt Term HI Yield | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 184.  -SPDR Barclays Capital Short | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 185.  -SPDR Barclays Capital High Yield | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 186. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 187. | | | | | Sold (part) | 04/15/16 | J | A | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -SPDR S&P Capital Markets ETF | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 189.  -SPDR S&P Health Care | A | Dividend | | | Buy | 03/08/16 | J | | |
| 190. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 191. | | | | | Sold | 08/12/16 | J | A | |
| 192.  -SPDR S&P Insurance ETF | | None | | | Sold | 01/28/16 | J | A | |
| 193.  -SPDR S&P Transn ETF | | None | J | T | Buy | 03/29/16 | J | | |
| 194.  -SPDR Trust Series I | | None | | | Sold | 01/28/16 | J | A | |
| 195.  - T Rowe Price Mid Cap Gr Adv | | None | | | Sold | 01/28/16 | J | A | |
| 196.  - Templeton Foreign Fund A | | None | | | Sold | 01/28/16 | J | A | |
| 197.  TimeWarner Inc New | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 198.  - TCW Total Ret DB N | | None | | | Sold | 01/28/16 | J | A | |
| 199.  - Threadneedle Emerg Mkts A | | None | | | Sold | 01/28/16 | J | A | |
| 200.  Tiffany & Company | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 201.  UBS E-Tracs Aleri | A | Interest | J | T | Buy (add'l) | 02/23/16 | J | | |
| 202.  US Bancorp | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 203.  Vanguard Consum Staples ETF | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 204.  Vanguard Dividend Appreciation | A | Distribution | | | Sold | 01/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Vanguard Info Tech ETF | A | Distribution | | | Sold | 01/28/16 | J | A | |
| 206. -Vanguard European MSCI ETF | | None | | | Sold | 01/28/16 | J | A | |
| 207. -Vanguard Industrial ETF | | None | | | Sold | 01/28/16 | J | A | |
| 208. -Vanguard Info Tech ETF | | None | | | Sold | 01/28/16 | J | A | |
| 209. -Vanguard Intermediate Term Corp | A | Dividend | K | T | Buy | 03/01/16 | K | | |
| 210. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 211. | | | | | Sold (part) | 11/16/16 | J | A | |
| 212. -Vanguard Short-Term Corporate | | None | | | Sold | 01/28/16 | J | A | |
| 213. | | | J | T | Buy | 11/07/16 | J | | |
| 214. - Vanguard Tele Svcs ETF Index | A | Dividend | | | Buy (add'l) | 03/29/16 | J | | |
| 215. | | | | | Sold | 08/12/16 | J | A | |
| 216. -Wal Mart Stores Inc | | None | | | Sold | 01/28/16 | J | A | |
| 217. - Western Asset Core Plus BD FI | | None | | | Sold | 01/29/16 | J | A | |
| 218. -Wisdomt Tree Trust Emrg Mkt EQT | | None | | | Sold | 01/29/16 | J | A | |
| 219. -Wisdom Tree European Hedged Equit | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 220. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 221. | | | | | Sold (part) | 03/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Wisdomt Tree Euro SM CAP Div ETF | | None | | | Buy | 01/25/16 | J | | |
| 223. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 224. | | | | | Sold | 06/20/16 | J | A | |
| 225.  -Wisdom Tree European MSCI ETF | | None | | | Sold | 01/29/16 | J | A | |
| 226.  Wisdom Tree LG Cap Div ETF | A | Dividend | J | T | | | | | |
| 227.  -Wisdomtree Low P/E ETF | | None | J | T | Buy | 03/29/16 | J | | |
| 228. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 229.  -Wisdom Tree TR ITL HDG QTLY DIV | | None | J | T | Buy | 09/01/16 | J | | |
| 230.  -Wisdom Tree Trust Japan | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 231.  -Wisdom Tree Trust Japan Hedge EQ | | None | | | Sold | 01/29/16 | J | A | |
| 232.  -Wisdomtree Jpn HDG Real Est | | None | | | Buy | 01/25/16 | J | | |
| 233. | | | | | Sold | 07/29/16 | J | A | |
| 234.  Wisdom Tree Trust Emerg Mkt Eqt | | None | | | Sold | 01/29/16 | J | A | |
| 235.  Honolulu FCU - checking and savings account | A | Interest | J | T | | | | | |
| 236.  McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 237.  COVERDELL ESA | | | | | | | | | |
| 238.  -MSIF Growth A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 240. MORGAN STANLEY UTMA ACCOUNT | | | | | | | | | |
| 241. -Vanguard Dividend Appreciation | A | Dividend | J | T | Buy (add'l) | 03/21/16 | J | | |
| 242. -Wisdomtree TR Emerg Mkt High FD | A | Dividend | J | T | Buy (add'l) | 03/21/16 | J | | |
| 243. -Wisdomtree Trust Japn Hedge EQ | A | Dividend | J | T | Buy (add'l) | 03/21/16 | J | | |
| 244. -Walt Disney Co Hldg Co | A | Dividend | J | T | | | | | |
| 245. - MS Liquid Asset Fund | A | Interest | | | Sold | 01/28/16 | J | A | |
| 246. - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 247. IRA ACCOUNT | | | | | | | | | |
| 248. - MS Liquid Asset Fund | | None | | | Sold | 01/28/16 | J | A | |
| 249. - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 250. EV Global Macro ABS Ret C | B | Int./Div. | L | T | | | | | |
| 251. - AIM Constellation A | | | J | T | | | | | |
| 252. - Allianz NFJ Intl Value A | | None | J | T | | | | | |
| 253. - American Century Growth Advantage | | None | J | T | | | | | |
| 254. - DWS Real Esate Sec A (A Mutual Fund) | | None | J | T | | | | | |
| 255. - Enterprise Group Fund Growth PT | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Focus Growth Fund B | | None | J | T | | | | | |
| 257. - IM Enterprise Growth FD Cl A | | None | J | T | | | | | |
| 258. -Invesco Diversified Dividend A | | None | J | T | | | | | |
| 259. - Invesco Div GW Securities A | | None | J | T | | | | | |
| 260. - Invesco GLB DIV GW Secur B | | None | J | T | | | | | |
| 261. - MS Capital Opportunities TR A | | None | J | T | | | | | |
| 262. - MS Dividend Grwth Securities | | None | J | T | | | | | |
| 263. - MS Focus Growth FD A | | None | J | T | | | | | |
| 264. -MS Equally Weighted S&P 500 C | | None | J | T | | | | | |
| 265. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | None | J | T | | | | | |
| 266. - MS Strategist Fund (fkn as MSDW) | | None | J | T | | | | | |
| 267. -IShares MSCI EAFE Fund | | None | J | T | | | | | |
| 268. - MSDW Dividend Growth D | | None | J | T | | | | | |
| 269. - MS Global Advantage Fund A | | None | J | T | | | | | |
| 270. - MS Global Dividend Grwth Sec D | | None | J | T | | | | | |
| 271. -MS Global Strategist Fund A | | None | J | T | | | | | |
| 272. - MS Mid-Cap Growth B | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - MS Multi Cap Growth Tr A | | None | J | T | | | | | |
| 274. - MSDW Dividend Growth Fund B | | None | J | T | | | | | |
| 275. - MSDW Small Cap Growth Fund B | | None | J | T | | | | | |
| 276. - MSDW Aggressive Equity Fund B | | None | J | T | | | | | |
| 277. - MSDW Competitive Edge Fund | | None | J | T | | | | | |
| 278. - MSDW Am Oppoturnity Fund | | None | J | T | | | | | |
| 279. - MSDW Growth Securities B | | None | J | T | | | | | |
| 280. - MSDW Global Dividend Growth D | | None | J | T | | | | | |
| 281. - MSDW Competitive Edge Bip B | | None | J | T | | | | | |
| 282. - Perkins Mid Cap Val Div | | None | J | T | | | | | |
| 283. - Pimco Small Cap Value Fd Cl A | | None | J | T | | | | | |
| 284. - Phoenix Al-Cap Growth | | None | J | T | | | | | |
| 285. - Phoenix Engermann Growth A | | None | J | T | | | | | |
| 286. - Salomon Hi Yld BD FD Cl A | | None | J | T | | | | | |
| 287. -Shell Intl Fin | | None | | | Sold | 01/28/16 | J | A | |
| 288. -SPDR DJ Wilshire REIT ETF | | None | J | T | | | | | |
| 289. - Strategist Fund A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -General Electric Co. (stock) | | None | | | Sold | 01/28/16 | J | A | |
| 291. -Gen Elec CAP Corp 2950 | | None | | | Sold | 01/28/16 | J | A | |
| 292. ANNUITIES AND INSURANCE | | | | | | | | | |
| 293. -VOYA Financial | A | Distribution | M | T | | | | | |
| 294. -Voya Intermediate Bond Portfolio | | Distribution | K | T | | | | | |
| 295. -VY Columbia Contrarian Core Portfolio - Service | | Distribution | K | T | | | | | |
| 296. -VY Invesco Comstock Portfolio-Service Class | | Distribution | K | T | | | | | |
| 297. -VY Morgan Stanley Global Franchise Portfolio | | Distribution | K | T | | | | | |
| 298. -Voya Retirement Moderate Growth | | Distribution | K | T | | | | | |
| 299. PIMCO 0-1 H/Y Corp Bond | | None | | | Sold | 01/21/16 | J | A | |
| 300. COLLEGEBOUND 529 ACCOUNT | | | | | | | | | |
| 301. -CollegeBoundfund - CBF -Aggresive Growth 2002-04 ALT C | | None | | | Merged (with line 304) | 01/28/16 | J | | |
| 302. -Invesco CollegeBound 2021-2022 Portfolio C | A | Int./Div. | J | T | Buy | 07/08/16 | J | | |
| 303. WELLS FARGO INVESTMENT ACCOUNTS | | | | | | | | | |
| 304. -Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | | | | | |
| 305. -Honolulu Waterwater Sys Bond | A | Int./Div. | K | T | | | | | |
| 306. -Wells Fargo Bank cash account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CASH ACCOUNTS | | | | | | | | | |
| 308. United States Savings Bonds Series EE | A | Int./Div. | J | T | | | | | |
| 309. Honolulu FCU savings and checking accounts | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 06/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The CollegeBoundFund is invested in CBF Aggressive Growth 2202-04 ALT C and is not self-drected.

Lines 364 through 410 from the 2015 Report have been deleted as they were mistakenly duplicating the information for the IRA Account and the UTMA account.

In looking over last year's report, I realized that I listed investments in the Rollover IRA in the Traditional IRA by mistake. Therefore I have deleted all of the investments from the Traditional IRA that are and have always been in the Rollover IRA. Similarly, I included EV Global Macro ABS Ret C in the Rollover IRA and it is and has always been only in the Traditional IRA.

# FINANCIAL DISCLOSURE REPORT

Page 24 of 24

Name of Person Reporting

Kobayashi,, Leslie E.

Date of Report

06/18/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544